# AFFIDAVIT OF SERVICE

| Case:<br>6:24-cv-06568 | Court:<br>UNITED STATES DISTRICT COURT for the Western District of New York | County: | Job:<br>12380706 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>ARMORY5, INC., and WILLIAM ABRAMS, | | **Defendant / Respondent:**<br>John Logan, David Kerrigan, Timothy Cirincione, Shawn Griffin, Esq., Harris Beach, PLLC, et al. | |
| **Received by:**<br>RUSHReady Serve | | **For:**<br>PHILLIPS GROUP, INC. | |
| **To be served upon:**<br>UPSTACK INC. c/o RYSE Communications LLC d/b/a Signal Technology Group c/o DEPARTMENT OF STATE | | | |

I, Joshua Lee, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** NANCY DOUGHTERY, 99 Washington Avenue, Albany, NY 12210
**Manner of Service:** Authorized, Dec 19, 2024, 12:53 pm EST
**Documents:** SUMMONS IN A CIVIL ACTION, COMPLAINT, EXHIBITS

**Additional Comments:**
1) Successful Attempt: Dec 19, 2024, 12:53 pm EST at 99 Washington Avenue, Albany, NY 12210 received by NANCY DOUGHTERY. Age: 57; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'5"; Hair: Brown; Eyes: Brown; Relationship: Business Document Specialist 2; I arrived at the location, and met with a female who identified herself as the Business Document Specialist 2 and accepted service

Joshua Lee
2095110-DCA

12/23/2024
Date

RUSHReady Serve
2851 Cropsey Ave Suite 130
Brooklyn, NY 11214
9146202266

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Notary Public

12/23/24    12/2/26
Date    Commission Expires

ZAKIYYAH E. SHEPARD
Commission # 50179233
Notary Public, State of New Jersey
My Commission Expires
December 02, 20 26